FILED

01/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0358 and DA 22-0498

—————————————

WESTVIEW MOBILE HOME PARK, LLC,

     Plaintiff, Appellee,
     and Cross-Appellant,

    v.

DAVID LOCKHART AND DOREEN
LOCKHART,

     Defendants and Appellants.

                               O R D E R

GREENER MONTANA PROPERTY
MANAGEMENT, LLC, TRAVIS MARTINEZ,
Individually and KRISTYN MARTINEZ,
Individually,

     Plaintiffs and Appellees,

    v.

HYDI CUNNINGHAM,

     Defendant and Appellant.

—————————————

Before this Court are two appeals that originate from different District Courts and involve unrelated parties but present the same legal issue: whether a month-to-month mobile home lot-only tenancy may be lawfully terminated upon thirty days' notice. In *Westview Mobile Home Park, LLC, v. David Lockhart and Doreen Lockhart*, DA 22-0358, Appellants David Lockhart and Doreen Lockhart have moved to consolidate these two appeals pursuant to M. R. App. P. 4(3)(b). In *Greener Montana Property Management, LLC, et al. v. Hydi Cunningham*, DA 22-0498, Appellant Hydi Cunningham has moved

this Court to consolidate the appeals only so far as asking the Court to wait for both cases to be fully briefed before ruling on either appeal. Neither Appellant has requested any modifications to the normal briefing schedule. No Appellees have filed opposition to either motion.

At present, Lockharts have filed their Opening Brief in DA 22-0358 and the Answer Brief of Appellee Westview Mobile Home Park, LLC, is due February 27, 2023. In DA 22-0498, Cunningham's Opening Brief is due February 17, 2023.

Under M. R. App. P. 4(3)(b), this Court may consolidate appeals either upon its own motion or upon motion of the parties. At this juncture, we will allow briefing of both appeals to continue under their respective briefing schedules. After both matters are fully briefed, we will determine if consolidation is warranted.

IT IS THEREFORE ORDERED that the motion to consolidate is TAKEN UNDER ADVISEMENT.

The Clerk is directed to serve a copy of this Order upon all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2023